# SUPREME COURT U. S.

## FEBRUARY TERM, 1809.

—————

### THE UNITED STATES v. WEEKS.

—————

THE writ of error in this case was dismissed by the assent of the attorney-general, it having been issued from this court directly to the *District* Court for MAIN *District;* whereas by the 10*th* sect. of the judiciary act of 1789, *vol.* 1. *p.* 55. writs of error lie from decisions in that court to the circuit court of Massachusetts in the same manner as from other district courts to their respective circuit courts; notwithstanding that the district court of Main has all the original jurisdiction of a circuit court.

*A writ of error does not lie directly from the supreme court of the U. States to the district court of the district of Main, altho' the latter has all the original jurisdiction of a circuit court.*